FILED

SEP 2 6 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

GUY WEEKES,                    )
                               )
            Plaintiff,         )
                               )
      v.                       )      Civil Action No.  *13-1490*
                               )
WHOLE FOODS MARKET,            )
                               )
            Defendant.         )

## MEMORANDUM OPINION

This matter is before the Court on consideration of the plaintiff's application to proceed *in forma pauperis* and her *pro se* complaint. The plaintiff alleges that the defendant has barred him entry to its premises "for no lawful reason," in violation of unspecified "civil[,] constitutional and other rights," and causing him "embarrassment[,] mental anguish and other damages." Compl. at 1.

Federal district courts have jurisdiction in civil actions arising under the Constitution, laws or treaties of the United States. *See* 28 U.S.C. § 1331. In addition, federal district courts have jurisdiction over civil actions where the matter in controversy exceeds $75,000, and the suit is between citizens of different states. *See* 28 U.S.C. § 1332(a). This complaint neither articulates a federal claim, nor establishes that the amount of controversy meets the $75,000 threshold, nor demonstrates that the parties are citizens of different states. Accordingly, the Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion is issued separately.

DATE: *9/19/2013*

_____
United States District Judge